**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CRIMINAL ACTION NO. 08-16-DLB-EBA**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**vs.**                                      **ORDER**

**DAVID WAYNE HOBSON**                                                   **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*

This matter is before the Court upon the Magistrate Judge's Report and Recommendation (R&R) wherein he recommends that the Court modify Defendant's supervised release to require him to report to a substance abuse facility, and extend his term of supervised release until December 31, 2014. (Doc. # 46). During the final revocation hearing conducted by Magistrate Judge Edward B. Atkins on January 9, 2013, Defendant stipulated to both violations of his supervised release described in the December 6, 2012 Supervised Release Violation Report.

Defendant having waived his right to allocution (Doc. # 45), no objections having been filed and the time to do so having now expired, the R&R is ripe for the Court's consideration. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended disposition and the basis for said recommendation, and the Court being otherwise sufficiently advised,

1

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation (Doc. # 46) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **MODIFIED**;

(4) Defendant is **ORDERED** to report to WestCare's Pike County Residential Treatment facility within twenty-four (24) hours of his release from custody, remain at the facility throughout the duration of the substance abuse program, successfully complete the ninety (90) day substance abuse program, and allow the United States Probation Office access to all treatment records while at WestCare. Defendant will be responsible for all costs associated with his treatment; and

(5) Defendant's term of supervised release is hereby **EXTENDED** until December 31, 2014.

This 6th day of February, 2013.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2008\08-16 Order Adopting R&R.wpd